No. 498. TALLINNA LAEVAEHISUS (TALLINN SHIPPING Co.) ET AL. *v.* UNITED STATES. Court of Claims.

Certiorari denied. *P. A. Beck* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.